JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DONN RICHARDSON,<br><br>Petitioner,<br><br>v.<br><br>W.L. MONTGOMERY, Warden,<br><br>Respondent. | No. ED CV 19-04400-JFW (DFM)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition for Lack of Jurisdiction,

IT IS ADJUDGED that that the petition is summarily dismissed.

Date: July 1, 2019

_____
JOHN F. WALTER
United States District Judge